IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERTSON'S, INC. AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,<br><br>    Defendants.<br>_____/ | No. C 06-02173 JSW<br><br>**ORDER REQUIRING WRITTEN RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING** |

    The Court, having received Defendants' motion for a temporary restraining order, HEREBY ORDERS Plaintiff to respond in writing by no later than 4:00 p.m. on April 3, 2006. The Court shall hold a hearing on Defendants' motion on April 4, 2006 at 9:30 a.m.

    **IT IS SO ORDERED.**

Dated: April 3, 2006

                                                           */s/ Jeffrey S. White*<br>
                                                           JEFFREY S. WHITE<br>
                                                           UNITED STATES DISTRICT JUDGE