1  Peter W. Craigie, State Bar No. 99509
   CRAIGIE, McCARTHY & CLOW
2  540 Pacific Avenue
   San Francisco, California 94133
3  Telephone: 415-732-7788
   Facsimile: 415-732-7783
4  E-mail: craigielaw@aol.com

5

6  Attorneys for Plaintiff
   Grocery Outlet Inc.

7

*E-filing*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Grocery Outlet Inc., | Civil Action No. C 06-2173 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING APPLICATION FOR OUT-OF-STATE COUNSEL TO APPEAR *PRO HAC VICE* |
| Albertson's, Inc., American Stores Company, LLC,, and Lucky Stores, Inc., | |
| Defendants. | |

On application of Louis T. Pirkey, counsel for plaintiff Grocery Outlet Inc. ("Grocery Outlet"), for an order admitting Louis T. Pirkey to appear *pro hac vice* in this action as co-counsel for plaintiff, and good cause appearing,

IT IS HEREBY ORDERED that Louis T. Pirkey is admitted to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff Grocery Outlet in this action.

///

///

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -   [Proposed] Order

1  **IT IS SO ORDERED.**

2

3

4

5  Dated: April __4__, 2006                By: /s/ *signature*
                                              Hon. Jeffrey S. White
6

7

   *Presented by:*
8  Peter W. Craigie
   **Craigie, McCarthy & Clow**
9  540 Pacific Avenue
   San Francisco, California 94133
10 Telephone: 415-732-7788
   Facsimile: 415-732-7783
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

- 2 -        [Proposed] Order