**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROCERY OUTLET INC., | |
| Plaintiff, | No. C 06-02173 JSW |
| v. | |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC., | **ORDER GRANTING CONTINUANCE AND SETTING OUT HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

The Court, having received Defendants' notice of continuance pursuant to Civil Local Rule 7-7(a) filed on April 7, 2006, does hereby vacate its prior order and RESETS the hearing date on Defendants' motion for a preliminary injunction from April 28, 2006 to June 30, 3006 at 9:00 a.m. The parties shall submit a joint proposed schedule for expedited discovery by no later than April 14, 2006 for the Court's review. Unless otherwise stipulated by the parties, Defendants' opening brief and declarations shall be filed no later than May 26, 2006; Plaintiff's opposition and declarations shall be filed no later than June 9, 2006; and Defendants' reply brief and rebuttal declarations, if any, shall be filed no later than June 16, 2006.

**IT IS SO ORDERED.**

Dated: April 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE