JOSEPH T. JAKUBEK (admitted pro hac vice)
joseph.jakubek@klarquist.com
JOHN D. VANDENBERG (member N.D. Cal. bar)
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon St.
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (505) 595-5301

Attorneys for Defendants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, INC., AMERICAN STORES, COMPANY, LLC, AND LUCKY STORES, INC, <br><br> Defendants. | Case No.: C06-02173 JSW <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC and LUCKY STORES, INC.** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants") substitutes its counsel of record in this matter.

<u>Former Counsel</u>

KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon St.
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (505) 595-5301

THELEN REID
& PRIEST LLP

SF #1059597 v1     -1-

NOTICE OF SUBSTITUTION OF COUNSEL (C 06-02173 JSW)

Dockets.Justia.com

Including the following attorney associated with that firm who has appeared in this action:

Joseph T. Jakubek (admitted pro hac vice)
joseph.jakubek@klarquist.com

John D. Vanderberg (member N.D. Cal. bar)
john.vandenberg@klarquist.com

### New Counsel

Defendants' new counsel in this matter, on whom all notices and papers should be served, is the firm of:

THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA   94105
Telephone:  (415) 371-1200
Facscimile:  (415) 371-1211

Including the following individual attorneys associated with that firm:

Veronica Colby Devitt (CA Bar No. 79955)
vdevitt@thelenreid.com

Robert A. Weikert (CA Bar No. 121146)
raweikert@thelenreid.com

John A. Chatowski (CA Bar No. 174471)
jachatowski@thelenreid.com

Marlene J. Williams (CA Bar No. 197107)
mjwilliams@thelenreid.com

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: April 12, 2006                    KLARQUIST SPARKMAN, LLP


By _____/s/_____
                John D. Vanderberg

| | | |
|---|---|---|
| 1 | Dated: April 11, 2006 | THELEN REID & PRIEST LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ |
| 5 | | Robert A. Weikert |
| 6 | | |
| 7 | | |
| 8 | Dated: April 12, 2006 | ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC and LUCKY STORES, INC. |
| 9 | | |
| 10 | | By /s/ |
| 11 | | Daniel S. Day |
| 12 | | Legal Department ALBERTSONS, INC. |

GENERAL ORDER 45 CERTIFICATION

I, John D. Vanderberg, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 12, 2006      KLARQUIST SPARKMAN, LLP

By _____/s/_____
John D. Vanderberg

**SO ORDERED:**

Dated: _____April 12, 2006_____      *Jeffrey S. White*
UNITED STATES DISTRICT JUDGE