IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROCERY OUTLET INC., | |
| Plaintiff, | No. C 06-02173 JSW |
| v. | |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC., | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| Defendants. | |

The Court having received Plaintiff's Unopposed Motion for Leave to File First Amended Complaint filed on April 12, 2006, and Defendants' Statement of Nonopposition filed on April 14, 2006, and good cause appearing, HEREBY GRANTS the motion. Pursuant to Federal Rule of Civil Procedure 15(a), the complaint may be amended *either* upon leave of court *or* by written consent of the adverse party. Having pursued both, Plaintiff may file the amended complaint by no later than April 21, 2006. In light of the foregoing, the hearing set for May 19, 2006 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: April 14, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE