Robert A. Weikert, State Bar No. 121146
raweikert@thelenreid.com
Veronica Colby Devitt, State Bar No. 79955
vdevitt@thelenreid.com
John A. Chatowski, State Bar No. 174471
jachatowski@thelenreid.com
Marlene J. Williams, State Bar No. 197107
mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, INC., AMERICAN STORES, COMPANY, LLC, AND LUCKY STORES, INC, <br><br> Defendants. | Case No.: C06-02173 JSW <br><br> **JOINT DISCOVERY SCHEDULE AND ORDER THEREON** |
| ALBERTSON'S, INC., AMERICAN STORES, COMPANY, LLC, AND LUCKY STORES, INC, <br><br> Counterclaimants. <br><br> vs. <br><br> GROCERY OUTLET INC., <br><br> Counterdefendant. | |

Plaintiff/Counterdefendant Grocery Outlet, Inc. ("Grocery Outlet") and

Defendants/Counterclaimants Albertson's, Inc., American Stores Company, LLC, and Lucky

Stores, Inc. ("Defendants/Counterclaimants"), by and through undersigned counsel, hereby submit

the following proposed discovery schedule, which may be amended by stipulation or by court order.

1. <u>Lay Witness Depositions</u>: Following the hearing on the motion for a temporary restraining order, the parties initially agreed, as part of their expedited discovery plan, that each party may take up to three depositions of employees of the other party, with one of those depositions also being a Fed R. Civ. Pro. 30(b)(6) deposition. Defendants/Counterclaimants subsequently proposed increasing that number to four depositions. Grocery Outlet has indicated that it now may want to to take up to ten depositions, with one of those depositions also being a Fed R. Civ. Pro. 30(b)(6) deposition, with a total limit of 28 hours. The parties have reached an impasse on this issue, but intend to discuss it further this Monday, April 17, 2006. If they are able to reach agreement, then the parties anticipate submitting a supplemental proposed discovery schedule addressing the deposition issue only by no later than Tuesday, April 18, 2006. If the parties are not able to resolve the impasse, they may need to seek the assistance of the Court.

   a. Depositions of Grocery Outlet's witnesses will be conducted during the week of May 1, 2006, with the length of said depositions to be governed by Fed. R. Civ. P. 30(d)(2).

   b. Depositions of Defendants' witnesses will be conducted during the week of May 15, 2006, with the length of said depositions to be governed by Fed. R. Civ. P. 30(d)(2).

   c. By no later than 5:00 p.m. (PST) on April 17, 2006, each party shall email the other party (i) an amended list of specific topics for which it seeks deposition discovery, and (ii) a preliminary list of the other side's lay witnesses that it intends to depose, subject to later withdrawal or substitution.

2. <u>Expert Witness Depositions</u>: In addition to any depositions under Section 1, each party may take the deposition of any expert that submits a declaration in support of any motion for preliminary injunction or opposition to any motion for preliminary injunction.

1    a. Depositions of experts that submit declarations in support of any motion for preliminary injunction shall be conducted during the week of May 29, 2006, with the length of said depositions to be governed by Fed. R. Civ. P. 30(d)(2). By no later than 12:00 noon (PST) on May 29, 2006, any party seeking to depose the other party's experts shall email the other side indicating its intention. The parties shall thereafter meet and confer in good faith to schedule the depositions to accommodate the parties' and experts' schedules.

    b. Depositions of experts that submit declarations in support of any opposition to any motion for preliminary injunction shall be conducted during the week of June 12, 2006, with the length of said depositions to be governed by Fed. R. Civ. P. 30(d)(2). By no later than 12:00 noon (PST) on June 12, 2006, any party seeking to depose the other party's experts shall email the other side indicating its intention. The parties shall thereafter meet and confer in good faith to schedule the depositions to accommodate the parties' and experts' schedules.

3. Document Production:

    a. Amended document requests shall be served via email by no later than 5:00 p.m. (PST) on April 17, 2006. The parties shall produce the documents, in San Francisco, by no later than 5:00 p.m. (PST) on April 26, 2006. The parties shall not be barred from relying in this case (other than on this preliminary injunction motion) upon responsive documents produced thereafter.

    b. Each party shall reserve all objections to the expedited discovery requests without needing to state those objections during this expedited discovery period, however, the party shall describe what categories it was requested to produce that it did not produce or produced only in part.

///
///
///
///

4. The above discovery shall be limited to matters germane to the motions for preliminary injunction. No other discovery shall be propounded prior to the preliminary injunction hearing on June 30, 2006.

Dated: April 14, 2006     CRAIGIE, McCARTHY & CROW

By _____/s/_____
Peter W. Craigie
*Attorneys for Plaintiff/Counterdefendant*
*Grocery Outlet, Inc.*

Dated: April 14, 2006     THELEN REID & PRIEST LLP

By _____/s/_____
John A. Chatowski
*Attorneys for Defendants/Counterclaimants*
*Albertson's, Inc., et al.*

GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 14, 2006     THELEN REID & PRIEST LLP

By _____/s/_____
John A. Chatowski
Attorneys for Defendants, Albertson's, Inc., et al.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS SO ORDERED**

Dated: April 17, 2006        By: _____/s/ Jeffrey S. White_____
                                 HON. JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE