**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,<br><br>     Defendants.<br>_____ / | No. C 06-02173 JSW<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE** |

On April 25, 2006, the parties filed a Proposed Stipulated Protective Order. Upon review of the proposed order, the Court finds that paragraph 11 of the Order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The Stipulated Protective Order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: April 25, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE