```
Robert A. Weikert, State Bar No. 121146
raweikert@thelenreid.com
Veronica Colby Devitt, State Bar No. 79955
vdevitt@thelenreid.com
John A. Chatowski, State Bar No. 174471
jachatowski@thelenreid.com
Marlene J. Williams, State Bar No. 197107
mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, INC., AMERICAN STORES, COMPANY, LLC, AND LUCKY STORES, INC, <br><br> Defendants. <br><br> ALBERTSON'S, INC., AMERICAN STORES, COMPANY, LLC, AND LUCKY STORES, INC, <br><br> Counterclaimants. <br><br> vs. <br><br> GROCERY OUTLET INC., <br><br> Counterdefendant. | Case No.: C06-02173 JSW <br><br> **STIPULATION TO PERMIT DEFENDANTS TO FILE AMENDED ANSWER AND COUNTERCLAIMS AND ORDER THEREON** |

Plaintiff/Counterdefendant Grocery Outlet, Inc. ("Grocery Outlet") and

Defendants/Counterclaimants Albertson's, Inc., American Stores Company, LLC, and Lucky

Stores, Inc. ("Defendants/Counterclaimants"), by and through undersigned counsel, hereby submit

that Defendants/Counterclaimants shall be permitted to file an amended answer and counterclaim pursuant to F.R.C.P. 13 and 15.

Dated: April 27, 2006     CRAIGIE, McCARTHY & CROW

By /s/
Louis Pirkey
*Attorneys for Plaintiff/Counterdefendant
Grocery Outlet, Inc.*

Dated: April 27, 2006     THELEN REID & PRIEST LLP

By /s/
John A. Chatowski
*Attorneys for Defendants/Counterclaimants
Albertson's, Inc., et al.*

GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 27, 2006     THELEN REID & PRIEST LLP

By /s/
John A. Chatowski
Attorneys for Defendants, Albertson's, Inc., et al.

**ORDER**

**IT IS SO ORDERED**

Dated: April 27, 2006     By: /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE