ROBERT A. WEIKERT (SBN 121146)
 raweikert@thelenreid.com
VERONICA COLBY DEVITT (SBN 79955)
 vdevitt@thelenreid.com
CHARLES M. DYKE (SBN 183900)
 cmdyke@thelenreid.com
JOHN A. CHATOWSKI (SBN 174471)
 jachatowski@thelenreid.com
MARLENE J. WILLIAMS (SBN 197107)
 mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br> Defendants. | Case No.: C06-02173 JSW <br><br> **[PROPOSED]** ORDER TO FILE DOCUMENTS UNDER SEAL |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br> Counterclaimants. <br><br> vs. <br><br> GROCERY OUTLET INC., <br><br> Counterdefendant. | |

1    The administrative motion of Defendants and Counterclaimants Albertson's, Inc., American
2 Stores Company, LLC, and Lucky Stores, Inc. (collectively 'Defendants') to file documents under
3 seal having come before the Court, the Court having considered the papers presented thereon, and
4 good cause appearing, IT IS HEREBY ORDERED:

5    Defendants shall be permitted to file a redacted copy of the following documents in the
6 public record, and an unredacted copy of the following documents under seal:

7    ● Defendants' and Counterclaimants' Opposition to Plaintiff's Motion for Temporary
8      Restraining Order;

9    ● Declaration of Charles M. Dyke in Support of Defendants' and
10     Counterclaimants' Opposition to Plaintiff's Motion for Temporary Restraining Order;
11     and

12   ● Declaration of John G. Harb in Support of Defendants' and Counterclaimants'
13     Opposition to Plaintiff's Motion for Temporary Restraining Order.

14 IT IS SO ORDERED.

15 Dated: May 22 2006                    _____
                                         The Honorable Jeffrey S. White
16                                       United States District Court Judge