ROBERT A. WEIKERT (SBN 121146)
 raweikert@thelenreid.com
VERONICA COLBY DEVITT (SBN 79955)
 vdevitt@thelenreid.com
CHARLES M. DYKE (SBN 183900)
 cmdyke@thelenreid.com
JOHN A. CHATOWSKI (SBN 174471)
 jachatowski@thelenreid.com
MARLENE J. WILLIAMS (SBN 197107)
 mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>              Defendants. | Case No.: C06-02173 JSW<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER** |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>              Counterclaimants.<br><br>vs.<br><br>GROCERY OUTLET INC.,<br><br>              Counterdefendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, by and through their counsel of record, that Defendants Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants"), as well as their successors, assigns, officers, agents, directors, servants, employees, salespersons, independent contractors, corporations, subsidiaries, all persons or entities directly or indirectly under their control or under common control with any of them, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Stipulated Temporary Restraining Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, including but not limited to fictitious business names, and each such person, are hereby restrained and enjoined, pending a ruling from this Court on the parties' cross-motions for a Preliminary Injunction, currently set for hearing on June 30, 2006, from opening any grocery store under the "LUCKY" mark.  Plaintiff Grocery Outlet Inc. shall not be required to post a bond.

Dated:  May 23, 2006         THELEN REID & PRIEST LLP

                                              /s/ Robert A. Weikert
                                              ROBERT A. WEIKERT

                             Attorneys for Defendants and Counterclaimants
                             ALBERTSON'S, INC., AMERICAN STORES
                             COMPANY, LLC and LUCKY STORES, INC.

Dated:  May 23, 2006         CRAIGIE, McCARTHY & CLOW

                                              /s/ Peter W. Craigie
                                              Peter W. Craigie

                             Attorneys for Plaintiff
                             GROCERY OUTLET INC.

1  I, Robert A. Weikert, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

3  Dated: May 23, 2006                                  THELEN REID & PRIEST, LLP

4

5                                                                  /s/ Robert A. Weikert
                                                              ROBERT A. WEIKERT

6
                                                       Attorneys for Defendants, Albertson's, Inc.
7                                                      American Stores Company, LLC, and Lucky
                                                       Stores, Inc.
8

9

10  IT IS SO ORDERED.

11  Dated: May 24, 2006                                _____
                                                       The Honorable Jeffrey S. White
12                                                     United States District Court Judge