```
 1  ROBERT A. WEIKERT (SBN 121146)
      raweikert@thelenreid.com
 2  VERONICA COLBY DEVITT (SBN 79955)
      vdevitt@thelenreid.com
 3  CHARLES M. DYKE (SBN 183900)
      cmdyke@thelenreid.com
 4  JOHN A. CHATOWSKI (SBN 174471)
      jachatowski@thelenreid.com
 5  MARLENE J. WILLIAMS (SBN 197107)
      mjwilliams@thelenreid.com
 6  THELEN REID & PRIEST LLP
    101 Second Street, Suite 1800
 7  San Francisco, California 94105-3601
    Telephone: (415) 371-1200
 8  Facsimile: (415) 371-1211

 9  Attorneys for Defendants and Counterclaimants
    ALBERTSON'S, INC., AMERICAN STORES
10  COMPANY, LLC and LUCKY STORES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br> Defendants. | Case No.: C06-02173 JSW <br><br> [~~PROPOSED~~] **ORDER TO FILE DOCUMENTS UNDER SEAL** |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br> Counterclaimants. <br><br> vs. <br><br> GROCERY OUTLET INC., <br><br> Counterdefendant. | |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1072238 v2

-1-

[~~PROPOSED~~] ORDER TO FILE DOCUMENTS UNDER SEAL (C 06-02173 JSW)

1   The administrative motion of Defendants and Counterclaimants Albertson's, Inc.,
2   American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants") to file
3   documents under seal having come before the Court, the Court having considered the papers
4   presented thereon, and good cause appearing, IT IS HEREBY ORDERED:

Defendants shall be permitted to file a redacted copy of the following documents in the public record, and an unredacted copy of the following documents under seal:

- Defendants' and Counterclaimants' Memorandum in Support of Motion for Preliminary Injunction;

- Declaration of John A. Chatowski in Support of Defendants' and Counterclaimants' Motion for Preliminary Injunction;

- Declaration of Romeo Cefalo in Support of Defendants' and Counterclaimants' Motion for Preliminary Injunction;

- Declaration of Pamela Powell in Support of Defendants' and Counterclaimants' Motion for Preliminary Injunction;

- Declaration of Peter Van Helden in Support of Defendants' and Counterclaimants' Motion for Preliminary Injunction; and

- Declaration of John Harb in Support of Defendants' and Counterclaimants' Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated: May 30 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge