```
ROBERT A. WEIKERT (SBN 121146)
 raweikert@thelenreid.com
VERONICA COLBY DEVITT (SBN 79955)
 vdevitt@thelenreid.com
CHARLES M. DYKE (SBN 183900)
 cmdyke@thelenreid.com
JOHN A. CHATOWSKI (SBN 174471)
 jachatowski@thelenreid.com
MARLENE J. WILLIAMS (SBN 197107)
 mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br>Plaintiff, <br><br>vs. <br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br>Defendants. | Case No.: C06-02173 JSW <br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL HEARING ON CROSS-MOTIONS FOR PRELIMINARY INJUNCTION** |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br>Counterclaimants. <br><br>vs. <br><br>GROCERY OUTLET INC., <br><br>Counterdefendant. | Date: June 30, 2006 <br>Time: 9:00 a.m. <br>Place: Courtroom 2 <br>Judge: The Hon. Jeffrey S. White |

1     The administrative motion of Defendants and Counterclaimants Albertson's, Inc.,
2 American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants") to seal the
3 hearing on Defendants' and Plaintiff's Cross-Motions for Preliminary Injunction is GRANTED.
4 Only those individuals permitted to view documents designated "For Outside Counsel's Eyes
5 Only" may attend the hearing.
6     Dated: ~~June~~ May 30, 2006      _____
7                                                              The Honorable Jeffrey S. White
                                                             United States District Court Judge

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

SF #1072599 v1

-2-

[~~PROPOSED~~] ORDER (C 06-02173 JSW)