Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Louis T. Pirkey
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: 512-474-5201
Facsimile: 512-536-4598
E-mail: lpirkey@fulbright.com

Attorneys for Plaintiff
Grocery Outlet Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Grocery Outlet Inc., <br><br> Plaintiff, <br><br> v. <br><br> Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc., <br><br> Defendants. | Civil Case No. C06-02173 JSW <br><br> [~~PROPOSED~~] ORDER TO FILE DOCUMENTS UNDER SEAL |

The administrative motion of Plaintiff Grocery Outlet Inc. ("Grocery Outlet") to file documents under seal having come before the Court, the Court having considered the papers presented thereon, and good cause appearing, IT IS HEREBY ORDERED:

Plaintiff shall be permitted to file a redacted copy of the following documents in the public record, and an unredacted copy of the following documents under seal:

1) Plaintiff's Memorandum in Opposition to Defendants' Motion for Preliminary Injunction and In Support of Plaintiff's Cross-Motion for Preliminary Injunction and,

2) Declaration of Peter W. Craigie In Support of Opposition to Defendants' Motion for Preliminary Injunction and In Support of Plaintiff's Cross-Motion for Preliminary Injunction.

**IT IS SO ORDERED**.

Dated: June 8___, 2006          _____
                                The Honorable Jeffrey S. White
                                United States District Court Judge