ROBERT A. WEIKERT (SBN 121146)
raweikert@thelenreid.com
VERONICA COLBY DEVITT (SBN 79955)
vdevitt@thelenreid.com
CHARLES M. DYKE (SBN 183900)
cmdyke@thelenreid.com
JOHN A. CHATOWSKI (SBN 174471)
jachatowski@thelenreid.com
MARLENE J. WILLIAMS (SBN 197107)
mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>　　　　　Defendants. | Case No.:  C06-02173 JSW<br><br>[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>　　　　　Counterclaimants.<br><br>vs.<br><br>GROCERY OUTLET INC.,<br><br>　　　　　Counterdefendant. | |

The administrative motion of Defendants and Counterclaimants Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants") to file documents under seal having come before the Court, the Court having considered the papers presented thereon, and good cause appearing, IT IS HEREBY ORDERED:

Defendants shall be permitted to file a redacted copy of the following documents in the public record, and an unredacted copy of the following documents under seal:

- Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction;
- Declaration of John A. Chatowski in Support of Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction;
- Declaration of Mike Clawson in Support of Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction;
- Declaration of Jim Vaughan in Support of Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction;
- Declaration of Donna Robbins in Support of Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction;
- Declaration of Peter Van Helden in Support of Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction; and
- Declaration of John Harb in Support of Defendants' and Counterclaimants' Opposition to Plaintiff's Cross-Motion for Preliminary Injunction.

Dated: June 9, 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge