```
 1  ROBERT A. WEIKERT (SBN 121146)
      raweikert@thelenreid.com
 2  VERONICA COLBY DEVITT (SBN 79955)
      vdevitt@thelenreid.com
 3  CHARLES M. DYKE (SBN 183900)
      cmdyke@thelenreid.com
 4  JOHN A. CHATOWSKI (SBN 174471)
      jachatowski@thelenreid.com
 5  MARLENE J. WILLIAMS (SBN 197107)
      mjwilliams@thelenreid.com
 6  THELEN REID & PRIEST LLP
    101 Second Street, Suite 1800
 7  San Francisco, California 94105-3601
    Telephone: (415) 371-1200
 8  Facsimile: (415) 371-1211

 9  Attorneys for Defendants and Counterclaimants
    ALBERTSON'S, INC., AMERICAN STORES
10  COMPANY, LLC and LUCKY STORES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., | Case No.: C06-02173 JSW |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL** |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., | |
| Defendants. | |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., | |
| Counterclaimants. | |
| vs. | |
| GROCERY OUTLET INC., | |
| Counterdefendant. | |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1076673 v1

-1-

[PROPOSED] ORDER (C 06-02173 JSW)

1   The administrative motion of Defendants and Counterclaimants Albertson's, Inc.,
2   American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants") to file
3   documents under seal having come before the Court, the Court having considered the papers
4   presented thereon, and good cause appearing, IT IS HEREBY ORDERED:

5   Defendants shall be permitted to file a redacted copy of the following documents in the
6   public record, and an unredacted copy of the following documents under seal:

7   ● Defendants' and Counterclaimants' Reply Memorandum in Support of Motion for
8       Preliminary Injunction; and
9   ● Declaration of John A. Chatowski in Support of Defendants' and
10      Counterclaimants' Reply Memorandum in Support of Motion for Preliminary
11      Injunction.

Dated: June 14 2006          _____
                             The Honorable Jeffrey S. White
                             United States District Court Judge