| | |
|---|---|
| Peter W. Craigie (SBN 99509)<br>  craigielaw@aol.com<br>Craigie, McCarthy & Clow<br>540 Pacific Avenue<br>San Francisco, California 94133<br>Telephone: 415-732-7788<br>Facsimile: 415-732-7783<br><br>Louis T. Pirkey<br>  lpirkey@pirkeybarber.com<br>Susan J. Hightower<br>  shightower@pirkeybarber.com<br>Pirkey Barber LLP<br>600 Congress Avenue, Suite 2120<br>Austin, Texas 78701<br>Telephone: 512-322-5200<br>Facsimile: 512-322-5201<br><br>Attorneys for Plaintiff and Counterdefendant<br>Grocery Outlet Inc. | Robert A. Weikert (SBN 121146)<br>  raweikert@thelenreid.com<br>Veronica Colby Devitt (SBN 79955)<br>  vdevitt@thelenreid.com<br>Charles M. Dyke (SBN 183900<br>  cmdyke@thelenreid.com<br>John A. Chatowski (SBN 174471)<br>  jachatowski@thelenreid.com<br>Marlene J. Williams (SBN 197107)<br>  mjwilliams@thelenreid.com<br>THELEN REID & PRIEST LLP<br>101 Second Street, Suite 1800<br>San Francisco, California 94105-3601<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br><br>Attorneys for Defendants and<br>Counterclaimants ALBERTSON'S, INC.,<br>AMERICAN STORES COMPANY, LLC<br>and LUCKY STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>          Defendants.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>          Counterclaimants.<br><br>vs.<br><br>GROCERY OUTLET INC.,<br><br>          Counterdefendant. | Case No.: C06-02173 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 06-02173 JSW)

1    Plaintiff and Counterdefendant Grocery Outlet Inc. ("Plaintiff" or "Grocery Outlet") and
2  Defendants and Counterclaimants Albertson's, Inc., American Stores Company, LLC, and Lucky
3  Stores, Inc. (collectively "Defendants") hereby stipulate to continue the Case Management
4  Conference in this matter from August 4, 2006 to August 25, 2006 at 1:30 p.m. Good cause exists
5  for this continuance because Defendants' lead trial counsel, Robert Weikert, will be out of the
6  country on a pre-planned vacation on the date of the presently scheduled conference.

Dated: July 6, 2006                            CRAIGIE, McCARTHY & CROW

                                               By           /s/
                                                          Peter Craigie
                                               *Attorneys for Plaintiff/Counterdefendant*
                                               *Grocery Outlet*

Dated: July 6, 2006                            THELEN REID & PRIEST LLP

                                               By           /s/
                                                        Robert A. Weikert
                                               *Attorneys for Defendants/Counterclaimants*
                                               *Albertson's, Inc., et al.*

GENERAL ORDER 45 CERTIFICATION

I, Robert A. Weikert, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 6, 2006                            THELEN REID & PRIEST LLP

                                               By           /s/
                                                        Robert A. Weikert
                                               *Attorneys for Defendants/Counterclaimants*
                                               *Albertson's, Inc., et al.*

1 **ORDER**

**IT IS SO ORDERED**

Dated: July 6 , 2006      By: _____
                                HON. JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

SF# 1083007

- 2 -
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 06-02173 JSW)