IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROCERY OUTLET INC., | |
| Plaintiff, | No. C 06-02173 JSW |
| v. | |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on August 18, 2006 on Plaintiff Grocery Outlet's motion to stay pending appeal. The Court HEREBY ORDERS that Defendants' opposition brief to this motion shall be due by July 26, 2006 and Defendant's reply brief shall be due by August 2, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Phyllis J. Hamilton