ROBERT A. WEIKERT (SBN 121146)
 raweikert@thelenreid.com
VERONICA COLBY DEVITT (SBN 79955)
 vdevitt@thelenreid.com
CHARLES M. DYKE (SBN 183900)
 cmdyke@thelenreid.com
JOHN A. CHATOWSKI (SBN 174471)
 jachatowski@thelenreid.com
MARLENE J. WILLIAMS (SBN 197107)
 mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br> Defendants. | Case No.: C06-02173 JSW <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL HEARING ON PLAINTIFF'S EMERGENCY MOTION TO STAY PRELIMINARY INJUNCTION AND MAINTAIN THE STATUS QUO PENDING APPEAL |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., <br><br> Counterclaimants. <br><br> vs. <br><br> GROCERY OUTLET INC., <br><br> Counterdefendant. | Date: June 28, 2006 <br> Time: 9:00 a.m. <br> Place: Courtroom 2 <br> Judge: The Hon. Jeffrey S. White |

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

SF #1085852 v1

-1-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL HEARING ON PLAINTIFF'S EMERGENCY MOTION TO STAY PRELIMINARY INJUNCTION AND MAINTAIN THE STATUS QUO PENDING APPEAL (C 06-02173 JSW)

The administrative motion of Defendants and Counterclaimants Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc. (collectively "Defendants") to seal the hearing on Plaintiff's Emergency Motion to Stay Preliminary Injunction and Maintain the Status Quo is GRANTED. Only those individuals permitted to view documents designated "For Outside Counsel's Eyes Only" may attend the hearing.

Dated: July 18 2006

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Court Judge