Peter W. Craigie, State Bar No. 99509
Kristen E. Drake, State Bar No. 202827
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Louis T. Pirkey
 E-mail: lpirkey@pirkeybarber.com
Susan J. Hightower
 E-mail: shightower@pirkeybarber.com
Pirkey Barber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: 512-322-5200
Facsimile: 512-322-5201

Attorneys for Plaintiff
Grocery Outlet Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Grocery Outlet Inc., <br><br> Plaintiff, <br><br> v. <br><br> Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc., <br><br> Defendants. | Civil Case No. C06-02173 JSW <br><br> [~~PROPOSED~~] **ORDER TO FILE DOCUMENTS UNDER SEAL** |

The administrative motion of Plaintiff Grocery Outlet Inc. ("Grocery Outlet") to file documents under seal having come before the Court, the Court having considered the papers presented thereon, and good cause appearing, IT IS HEREBY ORDERED:

Plaintiff shall be permitted to file a redacted copy of the following documents in the public record, and an unredacted copy of the following documents under seal:

1) Plaintiff's Reply to Defendants' Opposition to Plaintiff's Emergency Motion to Stay Preliminary Injunction and Maintain the Status Quo Pending Appeal.

**IT IS SO ORDERED**.

Dated: July 24 , 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge