Peter W. Craigie, State Bar No. 99509
Kristen E. Drake, State Bar No. 202827
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Louis T. Pirkey
E-mail: lpirkey@pirkeybarber.com
Susan J. Hightower
E-mail: shightower@pirkeybarber.com
Pirkey Barber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: 512-322-5200
Facsimile: 512-322-5201

Attorneys for Plaintiff and Counterdefendant
Grocery Outlet Inc.

Robert A. Weikert, SBN 121146
 E-mail: raweikert@thelenreid.com
Veronica Colby Devitt, SBN 79955
 E-mail: vdevitt@thelenreid.com
Charles M. Dyke, SBN 183900
 E-mail: cmdyke@thelenreid.com
John A. Chatowski, SBN 174471
 E-mail: jachatowski@thelenreid.com
Marlene J. Williams, SBN 197107
 E-mail: mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California  94104-3601
Telephone:  415-371-1200
Facsimile:  415-371-1211

Attorneys for Defendants and
Counterclaimants Albertson's, Inc.,
American Stores Company LLC and
Lucky Stores, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Grocery Outlet Inc.,<br><br>                    Plaintiff,<br><br>        v.<br><br>Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc.,<br><br>                    Defendants.<br>_____<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>                    Counterclaimants.<br><br>vs.<br><br>GROCERY OUTLET INC.,<br><br>                    Counterdefendant. | Civil Case No. C06-02173 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT THE COURT REPORTERS TO PREPARE TRANSCRIPTS FROM SEALED HEARINGS AND PROVIDE COPIES TO THE PARTIES' COUNSEL** |

1

Stipulation and [~~Proposed~~] Order to Permit
the Court Reporters to Prepare Transcripts
and Provide Copies to the Parties' Counsel

DOCUMENT PREPARED
ON RECYCLED PAPER

1      **STIPULATION**

2          IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED,

3      by and between plaintiff and counterdefendant Grocery Outlet Inc. ("Grocery Outlet") and

4      defendants and counterclaimants Albertson's, Inc., American Stores Company, LLC and Lucky

5      Stores, Inc. ("Defendants") as follows:

6          1)      On June 30, 2006, this Court heard Defendants' motion for preliminary injunction

7      and Grocery Outlet's cross-motion for preliminary injunction.

8          2)      On July 28, 2006, this Court heard Grocery Outlet's emergency motion to stay

9      injunction and maintain the status quo pending appeal.

10         3)      This Court ordered that the transcripts from the June 30, 2006 and July 28, 2006

11     hearings be sealed.

12         4)      Counsel for the parties require the transcripts from these two hearings for use on

13     appeal.

14         5)      Counsel for the parties respectfully request that the Court permit the court

15     reporters to prepare the transcripts from these sealed hearings and to provide the parties' counsel

16     with copies of these transcripts.

17                                          Respectfully submitted,

18     Dated: July 31, 2006                 CRAIGIE, McCARTHY & CLOW

19

20                                          _____/s/ Kristen E. Drake_____
                                           Kristen E. Drake
21                                          Attorneys for Plaintiff and Counterdefendant
                                           GROCERY OUTLET INC.
22

23     Dated: July 31, 2006                 THELEN REID & PRIEST LLP

24

25                                          ____/s/ John A. Chatowski_____
                                           John A. Chatowski
26                                          Attorneys for Defendants and Counterclaimants
                                           ALBERTSON'S, INC., AMERICAN STORES
27                                          COMPANY, LLC and LUCKY STORES, INC.

28
                                      2        Stipulation and [Proposed] Order to Permit
                                               the Court Reporters to Prepare Transcripts
                                               and Provide Copies to the Parties' Counsel

<u>GENERAL ORDER 45 CERTIFICATION</u>

I, Kristen E. Drake, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 31, 2006                    CRAIGIE, McCARTHY & CLOW


                                        _____*/s/ Kristen E. Drake*_____
                                        Kristen E. Drake
                                        Attorneys for Plaintiff
                                        GROCERY OUTLET INC.

Stipulation and [Proposed] Order to Permit
the Court Reporters to Prepare Transcripts
and Provide Copies to the Parties' Counsel

DOCUMENT PREPARED
ON RECYCLED PAPER

<u>**ORDER**</u>

For good cause appearing, the parties' stipulated request to permit the court reporters to prepare transcripts from sealed hearings and to provide copies of the transcripts to the parties' counsel is GRANTED.

IT IS HEREBY ORDERED that:

Transcripts from the June 30, 2006 and July 28, 2006 hearings in the above-referenced case may be prepared by the court reporters and provided to the parties' counsel.

**IT IS SO ORDERED.**

Dated: ___August 1_____, 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge

Stipulation and [Proposed] Order to Permit
the Court Reporters to Prepare Transcripts
and Provide Copies to the Parties' Counsel

Document Prepared
on Recycled Paper