| | |
|---|---|
| Peter W. Craigie, State Bar No. 99509 | Robert A. Weikert, SBN 121146 |
| Kristen E. Drake, State Bar No. 202827 | E-mail: raweikert@thelenreid.com |
| Craigie, McCarthy & Clow | Veronica Colby Devitt, SBN 79955 |
| 540 Pacific Avenue | E-mail: vdevitt@thelenreid.com |
| San Francisco, California 94133 | John A. Chatowski, SBN 174471 |
| Telephone: 415-732-7788 | E-mail: jachatowski@thelenreid.com |
| Facsimile: 415-732-7783 | Marlene J. Williams, SBN 197107 |
| E-mail: craigielaw@aol.com | E-mail: mjwilliams@thelenreid.com |
| | THELEN REID BROWN RAYSMAN & |
| Louis T. Pirkey | STEINER LLP |
| E-mail: lpirkey@pirkeybarber.com | 101 Second Street, Suite 1800 |
| Susan J. Hightower | San Francisco, California 94104-3601 |
| E-mail: shightower@pirkeybarber.com | Telephone: 415-371-1200 |
| Pirkey Barber LLP | Facsimile: 415-371-1211 |
| 600 Congress Avenue, Suite 2120 | |
| Austin, Texas 78701 | Attorneys for Defendants and |
| Telephone: 512-322-5200 | Counterclaimants Albertson's, Inc., |
| Facsimile: 512-322-5201 | American Stores Company LLC and |
| | Lucky Stores, Inc. |
| Attorneys for Plaintiff and Counterdefendant | |
| Grocery Outlet Inc. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Grocery Outlet Inc., | Civil Case No. C06-02173 JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO PRIVATE MEDIATION** |
| Albertson's, Inc., American Stores Company, LLC, and Lucky Stores, Inc., | |
| Defendants. | |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC., | |
| Counterclaimants. | |
| vs. | |
| GROCERY OUTLET INC., | |
| Counterdefendant. | |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiff and counterdefendant Grocery Outlet Inc. ("Grocery Outlet") and defendants and counterclaimants Albertson's, Inc., American Stores Company, LLC and Lucky Stores, Inc. ("Defendants") as follows:

1) On July 7, 2006, this Court issued an order granting a preliminary injunction for Defendants and denying a preliminary injunction for plaintiff Grocery Outlet. Plaintiff appealed the order denying its motion for preliminary injunction and defendant filed a cross-appeal.

2) On July 14, 2006, the parties selected Early Neutral Evaluation as their ADR process. The Court approved the parties' selection by order dated July 14, 2006.

3) On August 28, 2006, this Court issued an order staying the matter pending resolution of the appeal and cross-appeal. On August 9, 2007, the Ninth Circuit Court of Appeal issued its opinion affirming the July 7, 2006 order.

4) This Court lifted the stay on October 25, 2007.

5) The parties have agreed to stipulate to private mediation. The parties have selected Melville Owen, Esq. as their mediator. The mediation shall take place on January 9, 2008. Accordingly, the parties request that the Court vacate its July 14, 2006 order that the parties participate in Early Neutral Evaluation, and issue a new order approving the parties' selection of private mediation as their ADR process.

Respectfully submitted,

Dated: November 29, 2007         CRAIGIE, McCARTHY & CLOW


                                 /s/ Peter W. Craigie
                                 Peter W. Craigie
                                 Attorneys for Plaintiff
                                 Grocery Outlet Inc.

DOCUMENT PREPARED
ON RECYCLED PAPER

2    Stipulation and [Proposed] Order
     Referring Case to Private Mediation

Dated: November 29, 2007

THELEN REID BROWN RAYSMAN
& STEINER LLP

_____/s/ Robert A. Weikert_____
Robert A. Weikert
Attorneys for Defendants and Counterclaimants
ALBERTSON'S, INC., AMERICAN STORES
COMPANY, LLC and LUCKY STORES, INC.

GENERAL ORDER 45 CERTIFICATION

I, Peter W. Craigie, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 29, 2007

CRAIGIE, McCARTHY & CLOW

_____/s/ Peter W. Craigie_____
Peter W. Craigie
Attorneys for Plaintiff
Grocery Outlet Inc.

**ORDER**

For good cause appearing, IT IS HEREBY ORDERED that:

The Court's July 14, 2006 order that the parties participate in Early Neutral Evaluation is vacated. The Court hereby approves the parties' selection of private mediation as their ADR process.

**IT IS SO ORDERED.**

Dated: __December 3____, 2007

_____/s/ Jeffrey S. White_____
The Honorable Jeffrey S. White
United States District Court Judge