| | |
|---|---|
| Robert A. Weikert, SBN 121146<br>E-mail: raweikert@thelenreid.com<br>Veronica Colby Devitt, SBN 79955<br>E-mail: vdevitt@thelenreid.com<br>John A. Chatowski, SBN 174471<br>E-mail: jachatowski@thelenreid.com<br>Marlene J. Williams, SBN 197107<br>E-mail: mjwilliams@thelenreid.com<br>THELEN REID & PRIEST LLP<br>101 Second Street, Suite 1800<br>San Francisco, California 94104-3601<br>Telephone: 415-371-1200<br>Facsimile: 415-371-1211<br><br>Attorneys for Defendants and Counterclaimants<br>Albertson's, Inc., American Stores Company LLC<br>and<br>Lucky Stores, Inc. | Peter W. Craigie, State Bar No. 99509<br>Kristen E. Drake, State Bar No. 202827<br>Craigie, McCarthy & Clow<br>540 Pacific Avenue<br>San Francisco, California 94133<br>Telephone: 415-732-7788<br>Facsimile: 415-732-7783<br>E-mail: craigielaw@aol.com<br><br>Louis T. Pirkey<br>E-mail: lpirkey@pirkeybarber.com<br>Susan J. Hightower<br>E-mail: shightower@pirkeybarber.com<br>Pirkey Barber LLP<br>600 Congress Avenue, Suite 2120<br>Austin, Texas 78701<br>Telephone: 512-322-5200<br>Facsimile: 512-322-5201<br><br>Attorneys for Plaintiff and<br>Counterdefendant<br>Grocery Outlet Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>　　　　　　Defendants. | Civil Case No. C 06-2173 JSW<br><br>**SUPPLEMENTAL JOINT STATEMENT WITH PROPOSED TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER**<br><br>Case Management Conference:<br><br>Date: December 14, 2007<br>Time: 1:30 p.m.<br>Place: Courtroom 2<br><br>**JUDGE: HON. JEFFREY S. WHITE** |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>　　　　　　Counterclaimants.<br><br>vs.<br><br>GROCERY OUTLET INC.,<br><br>　　　　　　Counterdefendant. | |

SF #1383238 v1

Supplemental Joint Statement With Proposed Trial and Pre-Trial Dates and [Proposed] Order (C06-02173 JSW)

1  The parties to the above-entitled action jointly submit this Supplemental Joint Statement of Proposed Trial and Pre-Trial Dates.

1. <u>Proposed Trial Date</u>: February 9, 2009. The parties have each requested a jury trial. The parties anticipate that the trial will last 17 to 20 court days (per the Court's schedule of hearing trials between 8:30 a.m. and 1:30 p.m.).

2. <u>Proposed Pre-Trial Conference Date</u>: January 26, 2009. at 2:00 p.m.

3. <u>Dispositive Motion</u> ~~Cut-Off~~ Hearing Date: ~~January 8, 2009.~~ December 12, 2008 at 9:00 a.m.

4. <u>Expert Discovery Cut-Off Date</u>: November 11, 2008.

5. <u>Non-Expert Discovery Cut-Off Date</u>: October 10, 2008.

6. <u>Expert Designation Date</u>: September 17, 2008.

7. <u>Rebuttal Expert Designation Date</u>: October 10, 2008.

Dated: December 21, 2007    CRAIGIE McCARTHY & CLOW

　　　　　　　　　　　　　　　　　　　　　*/s/ Peter Craigie*
　　　　　　　　　　　　　　　　　　　　Peter Craigie
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counterdefendant
　　　　　　　　　　　　　　　　　　　　Grocery Outlet Inc.

Dated: December 21, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ John A. Chatowski*
　　　　　　　　　　　　　　　　　　　　John A. Chatowski
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimants
　　　　　　　　　　　　　　　　　　　　Albertson's Inc., American Stores
　　　　　　　　　　　　　　　　　　　　Company LLC and Lucky Stores, Inc.

GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 21, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ John A. Chatowski*
　　　　　　　　　　　　　　　　　　　　John A. Chatowski
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimants
　　　　　　　　　　　　　　　　　　　　Albertson's Inc., American Stores
　　　　　　　　　　　　　　　　　　　　Company LLC and Lucky Stores, Inc.

**CASE MANAGEMENT ORDER**

IT IS HEREBY ORDERED THAT the foregoing dates are adopted by the Court for the case and the parties are ordered to comply with this Order.

Dated: December 21, 2007

_____
Jeffrey S. White
United States District Judge

SF #1383238 v1

–2–

Supplemental Joint Statement With Proposed Trial and Pre-Trial Dates and [Proposed] Order (C06-02173 JSW)