Peter W. Craigie, State Bar No. 99509
Kristen E. Drake, State Bar No. 202827
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Louis T. Pirkey
E-mail: lpirkey@pirkeybarber.com
Susan J. Hightower
E-mail: shightower@pirkeybarber.com
Pirkey Barber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: 512-322-5200
Facsimile: 512-322-5201

Attorneys for Plaintiff and Counterdefendant
Grocery Outlet Inc.

Robert A. Weikert, SBN 121146
  E-mail: raweikert@thelenreid.com
Veronica Colby Devitt, SBN 79955
  E-mail: vdevitt@thelenreid.com
John A. Chatowski, SBN 174471
  E-mail: jachatowski@thelenreid.com
Marlene J. Williams, SBN 197107
  E-mail: mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California  94104-3601
Telephone:  415-371-1200
Facsimile:  415-371-1211

Attorneys for Defendants and
Counterclaimants Albertson's, Inc.,
American Stores Company LLC and
Lucky Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROCERY OUTLET INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>                    Defendants. | Civil Case No.  C 06-2173 JSW<br><br>**STIPULATION FOR FILING OF THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**JUDGE:  HON. JEFFREY S. WHITE** |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, AND LUCKY STORES, INC.,<br><br>                    Counterclaimants.<br><br>vs.<br><br>GROCERY OUTLET INC.,<br><br>                    Counterdefendant. | |

1   IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and counterdefendant Grocery Outlet Inc. and defendants and counterclaimants Albertson's, Inc., American Stores Company, LLC and Lucky Stores, Inc., that Plaintiff may file a Third Amended Complaint (Exhibit A hereto).  Plaintiff shall file its Third Amended Complaint within ten (10) days of service of this Stipulation and Order approved by the Court.

IT IS FURTHER STIPULATED AND AGREED that service of the Third Amended Complaint on American Stores Company, LLC and New Albertsons, Inc. shall be deemed complete upon Defendants' counsel's receipt of Plaintiff's filed Third Amended Complaint. American Stores Company, LLC and New Albertsons, Inc. shall have fifteen (15) days to file an answer and an second amended counterclaim based on Plaintiff's new allegations or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Respectively Submitted,

Dated:  December 21, 2007         CRAIGIE McCARTHY & CLOW

*/s/ Peter Craigie*
Peter Craigie
Attorneys for Plaintiff and Counterdefendant
Grocery Outlet Inc.

Dated:  December 21, 2007         THELEN REID BROWN RAYSMAN & STEINER LLP

*/s/ John A. Chatowski*
John A. Chatowski
Attorneys for Defendants and Counterclaimants
Albertson's Inc., American Stores
Company LLC and Lucky Stores, Inc.

GENERAL ORDER 45 CERTIFICATION

I, Peter Craigie hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  December 21, 2007         CRAIGIE McCARTHY & CLOW

*/s/ Peter Craigie*
Peter Craigie
Attorneys for Plaintiff and Counterdefendant
Grocery Outlet Inc.

– 1 –

**ORDER**

IT IS HEREBY ORDERED THAT :

1. The Parties' Stipulation to permit Plaintiff to file a Third Amended Complaint is GRANTED;

2. Plaintiff is to file its Third Amended Complaint within ten (10) days of service of this order;

3. Service of the Third Amended Complaint on American Stores Company, LLC and New Albertsons, Inc. shall be deemed complete upon Defendants' counsel's receipt of Plaintiff's filed Third Amended Complaint; and

4. American Stores Company, LLC and New Albertsons, Inc. shall have fifteen (15) days to file an answer and an amended counterclaim based on Plaintiff's new allegations or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: December 26, 2007

Jeffrey S. White
United States District Judge