| | |
|---|---|
| Peter W. Craigie, State Bar No. 99509 | Robert A. Weikert, SBN 121146 |
| Kristen E. Drake, State Bar No. 202827 | E-mail: raweikert@thelen.com |
| Craigie, McCarthy & Clow | Veronica Colby Devitt, SBN 79955 |
| 540 Pacific Avenue | E-mail: vdevitt@thelen.com |
| San Francisco, California 94133 | John A. Chatowski, SBN 174471 |
| Telephone: 415-732-7788 | E-mail: jachatowski@thelen.com |
| Facsimile: 415-732-7783 | Marlene J. Williams, SBN 197107 |
| E-mail: craigielaw@aol.com | E-mail: mjwilliams@thelen.com |
| | THELEN REID BROWN RAYSMAN & STEINER LLP |
| Louis T. Pirkey | 101 Second Street, Suite 1800 |
| E-mail: lpirkey@pirkeybarber.com | San Francisco, California 94105-3606 |
| Susan J. Hightower | Telephone: 415-371-1200 |
| E-mail: shightower@pirkeybarber.com | Facsimile: 415-371-1211 |
| Pirkey Barber LLP | |
| 600 Congress Avenue, Suite 2120 | Attorneys for Defendants and |
| Austin, Texas 78701 | Counterclaimants American Stores |
| Telephone: 512-322-5200 | Company, LLC and New Albertsons, Inc. |
| Facsimile: 512-322-5201 | |

Attorneys for Plaintiff and Counterdefendant
Grocery Outlet Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROCERY OUTLET INC., | Civil Case No. C06-02173 JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE BERNARD ZIMMERMAN FOR SETTLEMENT CONFERENCE** |
| AMERICAN STORES COMPANY, LLC, and NEW ALBERTSONS, INC., | |
| Defendants. | |
| AMERICAN STORES COMPANY, LLC, and NEW ALBERTSONS, INC., | |
| Counterclaimants. | |
| vs. | |
| GROCERY OUTLET INC., | |
| Counterdefendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiff and counterdefendant Grocery Outlet Inc. ("Grocery Outlet") and defendants and counterclaimants American Stores Company, LLC and New Albertsons, Inc. ("Defendants") as follows:

1) On January 25, 2008, this Court directed counsel to meet and confer and submit a request by February 1, 2008 for a referral to a specific Magistrate Judge, or if the parties could not agree upon a specific Magistrate Judge, a panel of proposed Magistrate Judges for a settlement conference.

2) The parties have met and conferred and request that the case be referred to Magistrate Judge Bernard Zimmerman for a settlement conference.

Respectfully submitted,

Dated: February 1, 2008          CRAIGIE, McCARTHY & CLOW

                                 /s/ Peter W. Craigie
                                 Peter W. Craigie
                                 Attorneys for Plaintiff and Counterdefendant
                                 Grocery Outlet Inc.

Dated:  February 1, 2008         THELEN REID BROWN RAYSMAN
                                 & STEINER LLP

                                 /s/ Robert A. Weikert
                                 Robert A. Weikert
                                 Attorneys for Defendants and Counterclaimants
                                 AMERICAN STORES COMPANY, LLC and
                                 NEW ALBERTSONS, INC.

## GENERAL ORDER 45 CERTIFICATION

I, Peter W. Craigie, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 1, 2008                    CRAIGIE, McCARTHY & CLOW

                                      /s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Plaintiff and Counterdefendant
Grocery Outlet Inc.

## **ORDER**

For good cause appearing, IT IS HEREBY ORDERED that:

This case is referred to Magistrate Judge Bernard Zimmerman for a settlement conference. to be completed by May 5, 2008.

**IT IS SO ORDERED.**

Dated: _February 1_____, 2008                    _____
The Honorable Jeffrey S. White
United States District Court Judge