IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROCERY OUTLET INC.,

    Plaintiff,

    v.

ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,

    Defendants.

No. C 06-02173 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on April 25, 2008 on Plaintiff Grocery Outlet's motion to for leave to file a fourth amended complaint. The Court HEREBY ORDERS that Defendants' opposition brief to this motion shall be due by March 21, 2008 and Plaintiff's reply brief shall be due by March 28, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 6, 2008

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE