| | |
|---|---|
| 1 | Peter W. Craigie, State Bar No. 99509 |
| 2 | Craigie, McCarthy & Clow |
|   | 540 Pacific Avenue |
| 3 | San Francisco, California 94133 |
|   | Telephone: 415-732-7788 |
| 4 | Facsimile: 415-732-7783 |
|   | E-mail: craigielaw@aol.com |
| 5 | |
| 6 | Louis T. Pirkey |
|   | Pirkey Barber LLP |
| 7 | 600 Congress Avenue, Suite 2120 |
|   | Austin, Texas 78701 |
| 8 | Telephone: 512-322-5200 |
|   | Facsimile: 512-322-5201 |
| 9 | E-mail: lpirkey@pirkeybarber.com |

Attorneys for Plaintiff
Grocery Outlet Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Grocery Outlet Inc.,          )   Civil Action No.  C 06-2173 JSW
                              )
            Plaintiff,        )   **[PROPOSED] ORDER GRANTING**
                              )   **LEAVE TO FILE FOURTH**
     v.                       )   **AMENDED COMPLAINT**
                              )
                              )
American Stores Company, LLC and New )
Albertson's, Inc.,            )
                              )
            Defendants.       )
                              )

    For good cause appearing, IT IS HEREBY ORDERED that the Court grants Plaintiff Grocery Outlet leave to file its Fourth Amended Complaint.

**IT IS SO ORDERED.**

Dated: __March 19_____, 2008    _____
                                                           The Honorable Jeffrey S. White
                                                            United States District Court Judge