| | |
|---|---|
| Peter W. Craigie, State Bar No. 99509 | Robert A. Weikert, SBN 121146 |
| Kristen E. Drake, State Bar No. 202827 | E-mail: raweikert@thelen.com |
| Craigie, McCarthy & Clow | Veronica Colby Devitt, SBN 79955 |
| 540 Pacific Avenue | E-mail: vdevitt@thelen.com |
| San Francisco, California 94133 | John A. Chatowski, SBN 174471 |
| Telephone: 415-732-7788 | E-mail: jachatowski@thelen.com |
| Facsimile: 415-732-7783 | Marlene J. Williams, SBN 197107 |
| E-mail: craigielaw@aol.com | E-mail: mjwilliams@thelen.com |
| | THELEN REID BROWN RAYSMAN & STEINER LLP |
| Louis T. Pirkey | 101 Second Street, Suite 1800 |
| E-mail: lpirkey@pirkeybarber.com | San Francisco, California 94105-3606 |
| Susan J. Hightower | Telephone: 415-371-1200 |
| E-mail: shightower@pirkeybarber.com | Facsimile: 415-371-1211 |
| Pirkey Barber LLP | |
| 600 Congress Avenue, Suite 2120 | |
| Austin, Texas 78701 | Attorneys for Defendants and Counter-Claimants |
| Telephone: 512-322-5200 | American Stores Company, LLC and |
| Facsimile: 512-322-5201 | New Albertson's, Inc. |

Attorneys for Plaintiff and Counter-Defendant
Grocery Outlet Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Grocery Outlet Inc., | ) Civil Action No.  C 06-2173 JSW |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING** |
| v. | ) **SETTLEMENT CONFERENCE** |
| | ) |
| American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC, and Save Mart Supermarkets, | ) |
| | ) |
| Defendants. | ) |

///

///

///

///

- 1 -    Stipulation and Proposed Order
         Continuing Settlement Conference

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between Plaintiff and Counter-Defendant Grocery Outlet Inc. ("Grocery Outlet") and Defendants and Counter-Claimants American Stores Company, LLC and New Albertson's, Inc.("Defendants") as follows:

1) On February 1, 2008, the Honorable Judge Jeffrey S. White granted the parties' stipulation to refer this case to the Honorable Magistrate Judge Bernard Zimmerman for a settlement conference.

2) On February 27, 2008, the Honorable Magistrate Judge Bernard Zimmerman issued an order setting a settlement conference for April 15, 2008.

3) On February 26, 2008, Plaintiff filed a motion for leave to file a Fourth Amended Complaint which, among other things, added two new defendants: Albertsons LLC and Save Mart Supermarkets. Plaintiff's motion was granted by order dated March 19, 2008, and Plaintiff filed its Fourth Amended Complaint on March 20, 2008.

4) Because neither Albertsons LLC nor Save Mart Supermarkets will have made an appearance in the action by the date of the April 15, 2008 settlement conference, the parties respectfully request that the settlement conference be continued approximately 30 days.

Respectfully submitted,

Dated: April 3, 2008         CRAIGIE, McCARTHY & CLOW


_____/s/ Peter W. Craigie_____
Peter W. Craigie
Attorneys for Plaintiff and Counter-Defendant
Grocery Outlet Inc.

DOCUMENT PREPARED
ON RECYCLED PAPER

- 2 -    Stipulation and Proposed Order
            Continuing Settlement Conference

1  Dated: April 3, 2008            THELEN REID BROWN RAYSMAN
                                   & STEINER LLP


                                   _____/s/ John A. Chatowski_____
                                   John A. Chatowski
                                   Attorneys for Defendants and Counter-Claimants
                                   American Stores Company, LLC and
                                   New Albertson's, Inc.


GENERAL ORDER 45 CERTIFICATION

I, Peter W. Craigie, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: April 3, 2008              CRAIGIE, McCARTHY & CLOW


                                   _____/s/ Peter W. Craigie_____
                                   Peter W. Craigie
                                   Attorneys for Plaintiff and Counter-Defendant
                                   Grocery Outlet Inc.


**ORDER**

For good cause appearing, IT IS HEREBY ORDERED that:

The settlement conference in this case is continued to:  May 20, 2008 at 9:00 a.m.    .
**The court's previous Order otherwise remains in full force and effect.  Settlement conference statements are due seven (7) days prior to the settlement conference.**
   **IT IS SO ORDERED.**


Dated:  April 3rd      , 2008                    _____
                                                 Magistrate Judge Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman

- 3 -                        Stipulation and Proposed Order
                             Continuing Settlement Conference