Peter W. Craigie, State Bar No. 99509
Kristen E. Drake, State Bar No. 202827
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Louis T. Pirkey
E-mail: lpirkey@pirkeybarber.com
Susan J. Hightower
E-mail: shightower@pirkeybarber.com
Pirkey Barber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: 512-322-5200
Facsimile: 512-322-5201

Attorneys for Plaintiff and Counter-Defendant
Grocery Outlet Inc.

Robert A. Weikert, SBN 121146
 E-mail: raweikert@thelen.com
Veronica Colby Devitt, SBN 79955
 E-mail: vdevitt@thelen.com
John A. Chatowski, SBN 174471
 E-mail: jachatowski@thelen.com
Marlene J. Williams, SBN 197107
 E-mail: mjwilliams@thelen.com
THELEN REID BROWN RAYSMAN &
STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3606
Telephone: 415-371-1200
Facsimile: 415-371-1211

Attorneys for Defendants and Counter-
Claimants
American Stores Company, LLC and
New Albertson's, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Grocery Outlet Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC, and Save Mart Supermarkets,<br><br>  Defendants. | Civil Action No. C 06-2173 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE COMPLETION DATE** |

///

///

///

///

- 1 - Stipulation and Proposed Order Continuing Settlement Conference Completion Date

DOCUMENT PREPARED ON RECYCLED PAPER

Case 3:06-cv-02173-JSW   Document 321   Filed 04/08/2008   Page 2 of 3

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between Plaintiff and Counter-Defendant Grocery Outlet Inc. ("Grocery Outlet") and Defendants and Counter-Claimants American Stores Company, LLC and New Albertson's, Inc.("Defendants") as follows:

1) On February 1, 2008, this Court granted the parties' stipulation to refer this case to the Honorable Magistrate Judge Bernard Zimmerman for a settlement conference.

2) On February 27, 2008, the Honorable Magistrate Judge Bernard Zimmerman issued an order setting a settlement conference for April 15, 2008.

3) On February 26, 2008, Plaintiff filed a motion for leave to file a Fourth Amended Complaint which, among other things, added two new defendants: Albertsons LLC and Save Mart Supermarkets. Plaintiff's motion was granted by order dated March 19, 2008, and Plaintiff filed its Fourth Amended Complaint on March 20, 2008.

4) Because neither Albertsons LLC nor Save Mart Supermarkets will have made an appearance in the action by the date of the April 15, 2008 settlement conference, the parties stipulated to continue the settlement conference for thirty (30) days.

5) On April 4, 2008, Judge Zimmerman granted the parties' stipulation and continue the settlement conference from April 15, 2008 to May 20, 2008.

6) Therefore, parties hereby stipulate and respectfully request that the settlement conference completion date be continued thirty days from May 5, 2008 to June 4, 2008.

Respectfully submitted,

Dated: April 4, 2008           CRAIGIE, McCARTHY & CLOW

                               _____/s/ Peter W. Craigie_____
                               Peter W. Craigie
                               Attorneys for Plaintiff and Counter-Defendant
                               Grocery Outlet Inc.

- 2 -     Stipulation and Proposed Order
          Continuing Settlement Conference
          Completion Date

Dated: April 4, 2008

THELEN REID BROWN RAYSMAN
& STEINER LLP

                              /s/ John A. Chatowski
John A. Chatowski
Attorneys for Defendants and Counter-Claimants
American Stores Company, LLC and
New Albertson's, Inc.

## GENERAL ORDER 45 CERTIFICATION

I, Peter W. Craigie, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 4, 2008

CRAIGIE, McCARTHY & CLOW

                              /s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Plaintiff and Counter-Defendant
Grocery Outlet Inc.

## ORDER

For good cause appearing, IT IS HEREBY ORDERED that:

~~The settlement conference in this case is continued to:~~ _____

The settlement conference completion date is continued to June 4, 2008.

**IT IS SO ORDERED.**

Dated: __April 8__, 2008

*/s/ Jeffrey S. White*
District Court Judge Jeffrey S. White

- 3 -   Stipulation and Proposed Order
Continuing Settlement Conference
Completion Date