IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROCERY OUTLET INC.,

    Plaintiff,

v.

ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,

    Defendants.

No. C 06-02173 JSW

**ORDER RE SETTLEMENT CONFERENCE DEADLINE**

On April 9, 2008, this Court granted the request in the parties' stipulation, extending the time to complete a settlement conference before Magistrate Judge Zimmerman. The undersigned assumed incorrectly that the parties had ascertained Judge Zimmerman's availability prior to submitting their stipulation. Due to this lack of diligence, the Court must again extend the time to complete the settlement conference to July 18, 2008. In the future, the parties shall contact Judge Zimmerman's chambers directly to verify his availability prior to stipulating to a deadline which affects another chambers. Upon receipt of this Order, the parties shall contact Judge Zimmerman's chambers to arrange the specifics of the settlement conference.

**IT IS SO ORDERED.**

Dated: May 14, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE