1  Robert A. Weikert, State Bar No. 121146
    raweikert@thelen.com
2  Veronica Colby Devitt, State Bar No. 79955
    vdevitt@thelen.com
3  Marlene J. Williams, State Bar No. 197107
    mjwilliams@thelen.com
4  John A. Chatowski, State Bar No. 174471
    jachatowski@thelen.com
5  THELEN LLP
   101 Second Street, Suite 1800
6  San Francisco, California 94105-3601
   Telephone:  (415) 371-1200
7  Facsimile:  (415) 371-1211

8  Attorneys for Defendants
   AMERICAN STORES COMPANY, LLC, NEW
9  ALBERTSONS, INC., and ALBERTSON'S LLC
   and Counterclaimants AMERICAN STORES
10 COMPANY, LLC and NEW ALBERTSONS, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 14  GROCERY OUTLET INC., | Case No.: C06-02173 JSW |
| 15            Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANTS' AND COUNTER-CLAIMANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |
| 16  vs. | |
| 17  AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., | |
| 18  ALBERTSONS, LLC, and SAVE MART SUPERMARKETS, | |
| 19           Defendants. | |
| 20  AMERICAN STORES COMPANY, LLC, | |
| 21  and  NEW ALBERTSONS, INC., | |
| 22           Counterclaimants, | |
|     vs. | |
| 23  GROCERY OUTLET INC., | |
| 24           Counterdefendant. | |
| 25 | |

26
27
28

SF #1556519 v1

[PROPOSED] ORDER GRANTING DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL  (C 06-02173 JSW)

1   The administrative motion of Defendants American Stores Company, LLC ("American
2   Stores"), New Albertsons, Inc. ("New Albertsons"), and Albertson's LLC ("Albertsons LLC") and
3   Counterclaimants American Stores and New Albertsons (collectively the "Albertsons Parties" or
4   "Defendants") to file document under seal having come before the Court, the Court having
5   considered the papers presented thereon, and good cause appearing, IT IS HEREBY ORDERED:
6   Defendants shall be permitted to file a redacted copy of the Declaration of Justin Dye in
7   Support of Defendants' and Counter-Claimantss Motion for Summary Judgment or, Alternatively,
8   Summary Adjudication of Claims and Issues under seal.
9   Dated: September 25, 2008                              _____
10                                                         The Honorable Jeffrey S. White
                                                           United States District Court Judge