IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROCERY OUTLET INC.,

    Plaintiff,

v.

ALBERTSON'S, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,

    Defendants.

No. C 06-02173 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR SUMMARY JUDGMENT**

This matter is set for a hearing on December 12, 2008 on Defendants' motion for summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 10, 2008 and a reply brief shall be filed by no later than October 17, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 26, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE