1  Robert A. Weikert, State Bar No. 121146
     raweikert@thelen.com
2  Veronica Colby Devitt, State Bar No. 79955
     vdevitt@thelen.com
3  Marlene J. Williams, State Bar No. 197107
     mjwilliams@thelen.com
4  John A. Chatowski, State Bar No. 174471
     jachatowski@thelen.com
5  THELEN LLP
   101 Second Street, Suite 1800
6  San Francisco, California 94105-3601
   Telephone:  (415) 371-1200
7  Facsimile:  (415) 371-1211

8  Attorneys for Defendants
   AMERICAN STORES COMPANY, LLC, NEW
9  ALBERTSONS, INC., and ALBERTSON'S LLC
   and Counterclaimants AMERICAN STORES
10 COMPANY, LLC and NEW ALBERTSONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., | Case No.: C06-02173 JSW |
| Plaintiff, | **STIPULATION TO MODIFY PRE-TRIAL ORDER AND [PROPOSED] ORDER** |
| vs. | |
| AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., ALBERTSONS, LLC, and SAVE MART SUPERMARKETS, | |
| Defendants. | |
| AMERICAN STORES COMPANY, LLC, and NEW ALBERTSONS, INC., | |
| Counterclaimants, | |
| vs. | |
| GROCERY OUTLET INC., | |
| Counterdefendant. | |

1 **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between Plaintiff and Counter-Defendant Grocery Outlet Inc. and Defendants and Counter-Claimants American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC and Save Mart Supermarkets as follows:

1) On December 21, 2007, the Court issued a pre-trial order setting a trial date, pre-trial conference date and various other pre-trial dates.

1) On September 29, 2008, the Court continued the pre-trial conference date to April 13, 2009 at 2:00 p.m., and the trial date to May 4, 2009 at 8:30 a.m.

2) In light of the continuance of the foregoing dates, the parties hereby stipulate to continue the rebuttal expert disclosure date to November 26, 2008 and the expert discovery cut-off date to January 23, 2009.

Respectfully submitted,

Dated: October 7, 2008     CRAIGIE, McCARTHY & CLOW


_____/s/ Peter W. Craigie_____
Peter W. Craigie
Attorneys for Plaintiff and Counter-Defendant
Grocery Outlet Inc.


Dated: October 7, 2008     THELEN LLP


_____/s/ John A. Chatowski_____
John A. Chatowski
Attorneys for Defendants and Counter-Claimants
American Stores Company, LLC, New Albertson's,
Inc. and Albertson's LLC

Dated:  October 7, 2008    LAW OFFICES OF PERRY IRVINE

_____/s/ Perry Irvine_____
Perry Irvine
Attorneys for Defendant Save Mart Supermarkets

<u>GENERAL ORDER 45 CERTIFICATION</u>

I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  October 7, 2008    THELEN LLP

_____/s/ John A. Chatowski_____
John A. Chatowski
Attorneys for Defendants and Counter-Claimants
American Stores Company, LLC, New Albertson's, Inc. and Albertson's LLC

### **ORDER**

For good cause appearing, IT IS HEREBY ORDERED that:

The rebuttal expert disclosure date is continued to November 26, 2008; and

The expert discovery cut-off date is continued to January 23, 2009.

**IT IS SO ORDERED.**

Dated: __October 7__, 2008

_____
Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE