```
 1  Robert A. Weikert, State Bar No. 121146
      rweikert@nixonpeabody.com
 2  John A. Chatowski, State Bar No. 174471
      jchatowski@nixonpeabody.com
 3  NIXON PEABODY LLP
    One Embarcadero Center, Suite 1800
 4  San Francisco, CA 94111
    Telephone:  (415) 984-8200
 5  Facsimile:  (415) 984-8300

 6  Attorneys for Defendants
    AMERICAN STORES COMPANY, LLC, NEW
 7  ALBERTSONS, INC., and ALBERTSON'S LLC
    and Counterclaimants AMERICAN STORES
 8  COMPANY, LLC and NEW ALBERTSONS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROCERY OUTLET INC., | Case No.: C06-02173 JSW |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | **AND ORDER THEREON** |
| AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., ALBERTSONS, LLC, and SAVE MART SUPERMARKETS, | |
| Defendants. | |
| AMERICAN STORES COMPANY, LLC and NEW ALBERTSONS, INC., | |
| Counterclaimants. | |
| vs. | |
| GROCERY OUTLET INC., | |
| Counterdefendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants American Stores Company, LLC, New Albertsons, Inc., and Albertson's LLC and Counterclaimants American Stores Company, LLC and

-1-

SUBSTITUTION OF COUNSEL (C 06-02173 JSW)

1  New Albertsons, Inc. (collectively "Defendants and Counterclaimants"), as of November 17, 2008
2  have retained NIXON PEABODY LLP to act as their counsel of record in this matter.
3        Accordingly, NIXON PEABODY LLP will replace THELEN LLP as counsel of record for
4  Defendants and Counterclaimants from that day forward.  Copies of all pleadings and notices, and
5  all other communications related to this action, should no longer be directed THELEN LLP, but,
6  instead, should be directed to counsel at the following addresses:

      Robert A. Weikert, Esq.
       rweikert@nixonpeabody.com
      John A. Chatowski, Esq.
       jchatowski@nixonpeabody.com
      NIXON PEABODY LLP
      One Embarcadero Center, Suite 1800
      San Francisco, CA 94111
      Telephone:  (415) 984-8200
      Facsimile:  (415) 984-8300

I consent to this substitution:

**PARTIES**

Dated:  November 13, 2008    By:      /s/
                      Daniel S. Day, Esq.
              For Defendants and Counterclaimants
      AMERICAN STORES COMPANY, LLC and NEW
                      ALBERTSONS, INC.

Dated:  November 13, 2008    By:      /s/
                      Chip Cole, Esq.
                      For Defendant
                      ALBERTSON'S LLC

**LAW FIRM SUBSTITUTING OUT AS COUNSEL**

Dated:  November 20, 2008    THELEN LLP

                By:      /s/
                      Eliza Rodrigues
                      Attorneys for Defendants
      AMERICAN STORES COMPANY, LLC, NEW
      ALBERTSONS, INC., and ALBERTSON'S LLC
       and Counterclaimants AMERICAN STORES
      COMPANY, LLC and NEW ALBERTSONS, INC.

**LAW FIRM SUBSTITUTING IN AS COUNSEL**

December 3, 2008          NIXON PEABODY LLP


By: _____/s/_____
John A. Chatowski
Attorneys for Defendants
AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., and ALBERTSON'S LLC
and Counterclaimants AMERICAN STORES COMPANY, LLC and NEW ALBERTSONS, INC.

I, John A. Chatowski, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 3, 2008          NIXON PEABODY LLP


By: _____/s/_____
John A. Chatowski
Attorneys for Defendants
AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., and ALBERTSON'S LLC
and Counterclaimants AMERICAN STORES COMPANY, LLC and NEW ALBERTSONS, INC.

#11228069

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jeffrey S. White]*

Dated: December 3, 2008

-3-
SUBSTITUTION OF COUNSEL (C 06-02173 JSW)