IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROCERY OUTLET INC.,

    Plaintiff,

  v.

ALBERTSONS, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,

    Defendants.
_____/

No. C 06-02173 JSW

**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT**

The motion for summary judgment filed by Defendant Albertsons, Inc., American Stores Company, LLC and Lucky Stores, Inc. is currently set for hearing on Friday, December 12, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 12, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: December 11, 2008

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE