IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROCERY OUTLET INC.,

    Plaintiff,

v.

ALBERTSONS, INC., AMERICAN STORES COMPANY, LLC, and LUCKY STORES, INC.,

    Defendants.

No. C 06-02173 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR ENTRY OF PERMANENT INJUNCTION**

This matter is set for a hearing on February 13, 2009 on Defendants' motion for entry of permanent injunction. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 20, 2009 and a reply brief shall be filed by no later than January 27, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 5, 2009

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE