1  Robert A. Weikert, State Bar No. 121146
   rweikert@nixonpeabody.com
2  John A. Chatowski, State Bar No. 174471
   jchatowski@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
4  San Francisco, CA 94111
   Telephone:  (415) 984-8200
5  Facsimile:  (415) 984-8300

6  Attorneys for Defendants
   AMERICAN STORES COMPANY, LLC, NEW
7  ALBERTSONS, INC., and ALBERTSON'S LLC
   and Counterclaimants AMERICAN STORES
8  COMPANY, LLC and NEW ALBERTSONS, INC.

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          (SAN FRANCISCO DIVISION)

13 GROCERY OUTLET INC.,                    | Case No.:  C06-02173 JSW (JCS)

14              Plaintiff,                 | **STIPULATION TO CONTINUE HEARING ON MOTION FOR AWARD OF ATTORNEYS' FEES AND BRIEFING DEADLINES AND [PROPOSED] ORDER**
15 vs.
                                           | Hearing Date: March 13, 2009
16 AMERICAN STORES COMPANY, LLC,           | Time:         9:30 a.m.
   NEW ALBERTSONS, INC.,                   | Courtroom:    A
17 ALBERTSONS, LLC, and SAVE MART          | Judge:        Hon. Joseph C. Spero
   SUPERMARKETS,
18              Defendants.

19
   AMERICAN STORES COMPANY, LLC,
20 NEW ALBERTSONS, INC., and
   ALBERTSONS, LLC
21              Counterclaimants.

22 vs.

23 GROCERY OUTLET INC.,

24              Counterdefendant.

25

26

27

28

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between Plaintiff and Counter-Defendant Grocery Outlet Inc. and Defendants and Counter-Claimants American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC and Save Mart Supermarkets as follows:

1) On December 30, 2008, American Stores Company, LLC, New Albertson's, Inc., and Albertson's LLC filed their Motion for Award of Attorneys' Fees.

2) On December 31, 2008, Save Mart Supermarkets filed its Motion for Award of Attorneys Fees.

3) On January 5, 2009, the Honorable Judge Jeffrey S. White referred both fees motions to the Honorable Magistrate Judge Joseph C. Spero.

4) On January 7, 2009, Judge Spero issued a scheduling order setting the hearing on the two fees motions for March 13, 2009, with Grocery Outlet's opposition papers due by no later than February 6, 2009, and American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC and Save Mart Supermarkets' reply papers due by no later than February 20, 2009.

5) The parties have reached a tentative settlement of the entire action. Counsel are in the process of memorializing its terms.

6) In light of the tentative settlement, the parties hereby stipulate to continue the hearing on the two fees motions from March 13, 2009 to April 3, 2009. The parties also hereby stipulate to continue the deadline for American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC and Save Mart Supermarkets to file their reply briefs from February 20, 2009 to March 13, 2009.

Respectfully submitted,

Dated: February 18, 2009         CRAIGIE, McCARTHY & CLOW


                /s/ Peter W. Craigie
                Peter W. Craigie
       Attorneys for Plaintiff and Counter-Defendant
              GROCERY OUTLET, INC.

Dated: February 18, 2009        LAW OFFICES OF PERRY IRVINE

                               _____/s/ Perry Irvine_____
                                        Perry Irvine
                                   Attorneys for Defendant
                                 SAVE MART SUPERMARKETS

Dated: February 18, 2009        NIXON PEABODY LLP

                             _____/s/ John A. Chatowski_____
                                   John A. Chatowski
                                   Attorneys for Defendants
AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., and ALBERTSON'S LLC and Counterclaimants AMERICAN STORES COMPANY, LLC and NEW ALBERTSONS, INC.

### GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 18, 2009        NIXON PEABODY LLP

                             _____/s/ John A. Chatowski_____
                                   John A. Chatowski
                                   Attorneys for Defendants
AMERICAN STORES COMPANY, LLC, NEW ALBERTSONS, INC., and ALBERTSON'S LLC and Counterclaimants AMERICAN STORES COMPANY, LLC and NEW ALBERTSONS, INC.

**ORDER**

For good cause appearing, IT IS HEREBY ORDERED that:

1) The hearing on American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC and Save Mart Supermarkets' motions for attorneys' fees is continued to  April 3, 2009 ; and

2) American Stores Company, LLC, New Albertson's, Inc., Albertson's LLC and Save Mart Supermarkets' deadline to file their reply briefs in support of their motions for attorneys' fees is continued to  March 13, 2009 .

**IT IS SO ORDERED.**

Dated:  Feb. 23 , 2009

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

#12400263

- 3 -
STIPULATION TO CONTINUE HEARING ON MOTION FOR AWARD OF ATTORNEYS' FEES AND BRIEFING DEADLINES AND [PROPOSED] ORDER